*Farmworker Association of Florida, et al. v. DeSantis, et al.*
Southern District of Florida Case No. 1:23-cv-22655-RKA
Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction

**Index to Exhibits**

| Exhibit Number | Description |
|---|---|
| 1 | Florida Farmworkers' Association Decl. – Declaration of Plaintiff Florida Farmworkers' Association |
| 2 | A.M. Decl.– Declaration of Plaintiff A.M. |
| 3 | J.L. Decl.– Declaration of Plaintiff J.L. |
| 4 | R.M. Decl. – Declaration of Plaintiff R.M. |
| 5 | C.A. Decl.– Declaration of Plaintiff C.A. |
| 6 | M.M. Decl.– Declaration of Plaintiff M.M. |
| 7 | D.M. Decl.– Declaration of Plaintiff D.M. |
| 8 | A.C. Decl. – Declaration of Plaintiff A.C. |
| 9 | G.D.L. Decl.– Declaration of Plaintiff G.D.L. |
| 10 | M.G. Decl.– Declaration of Plaintiff M.G. |
| 11 | Declaration of Anne Janet Hernandez Anderson. Exhibits to Declaration:<br>A – Press Release, *Governor Ron DeSantis Announces Legislation to Counteract Biden's Border Crisis* (Feb. 23, 2023).<br>B – Press Release, *Governor Ron DeSantis Signs Strongest Anti-Illegal Immigration Legislation in the Country to Combat Biden's Border Crisis* (May 10, 2023).<br>C – Miriam Jordan, *New Florida Immigration Rules Start to Strain Some Businesses,* New York Times (Aug. 4, 2023).<br>D – *Florida Channel* recording of the April 24, 2023 session of the Florida House Commerce Committee.<br>E – *Florida Channel* recording of part two of the April 25, 2023 session of the Florida Senate Committee on Fiscal Policy.<br>F – *Florida Channel* recording of the May 1, 2023 session of the Florida House. |