# Exhibit 5
# Declaration of C.A.

**Declaration of C▮▮▮▮▮ A▮▮▮**

I, C▮▮▮▮ A▮▮▮, declare as follows:

1. I make this declaration based on my own personal knowledge. If called as a witness, I would testify competently and truthfully to these matters.

2. I am a Plaintiff in this case, *Farmworker Association of Florida, Inc., et al. v. DeSantis, et al.*, 1:23-cv-22655-RKA.

3. I am 72 years old, and I am a United States citizen. I live in Florida City, Florida, with my 19-year-old grandson.

4. I fled to the United States from Nicaragua during the civil war in the 1980s, and I became a U.S. citizen more than twenty years ago. My daughter came to the United States many years later with my grandson, when he was less than a year old. To the best of my knowledge, my daughter and grandson crossed the border into the United States without ever being stopped or processed by immigration agents.

5. My grandson had a difficult childhood, and DCF opened a case into him several years ago. About four years ago, DCF removed him from his mother's care and placed him with me. I am now his legal guardian. My grandson and I are very close, and we have a good relationship. It is really important to me to provide him with safety and stability, and to be there for him. My grandson has a petition for Special Immigrant Juvenile Status pending, but he does not have any immigration status now.

6. I have a niece and other family members who live in Georgia and a very close family friend who lives in Washington, D.C.—she is like another daughter to me. I usually go to visit her and her family about every year. My grandson and I traveled to Georgia for a visit with family last October, and we were planning to go again this year. I also wanted to go to Washington, D.C. with him, because my grandson had never been there and wanted to go.

7. Because we are afraid of everything could happen as a result of the new law, my grandson and I had to give up our trip to Georgia this year. I do not know when we will be able to go back to visit our family. Now that the transport law is in place, I am afraid to travel with my grandson. If I am traveling with him, I could be stopped and arrested for breaking the new transport law if the police believe I am transporting him. That idea fills me with panic. It also makes me feel sad to be separated from my family and friends who live in other states. I am getting older, and time with my loved ones is important. I also do not want to travel by myself, because I don't want to leave my grandson alone now. I want my grandson to have a relationship with his other family members, and I feel terrible that his world is limited because of the transport law.

8. I am older and my health is not good. I have lupus, a chronic autoimmune disease, and it periodically causes extreme pain. I struggle with pain in my joints and legs. I need

regular medical care, and over the last month, I have had to be hospitalized twice for treatment. I do not know if I would even be able to survive being arrested and sent to jail. It also fills me with fear to think of my grandson being alone if I were to be arrested.

9. If I were arrested, it would be devastating for my grandson. He already lives with so much fear and anxiety. He did not have a stable childhood, and it is very important that I am there for him and am someone he can depend on. Since he cannot work legally, he needs me to provide housing and food. I have a Section 8 voucher for housing, and I would lose our home if I went to jail. I am retired and live off of Social Security and other benefits, and it would be impossible for us to find new housing and survive with just that income.

10. My grandson is a smart, responsible, and polite young man. He recently graduated from high school with good grades, and I want him to be able to go to college if he wants to and to have a career. Because of his status, however, his life is on hold. He cannot work legally or afford to go to college. It is really hard for him not to have any sense of control over planning his future.

11. After everything he has been through, my grandson has struggled with his mental health, and with anxiety and depression. He has tried to hurt himself in the past, and he has to take medication for depression. Since the new law that targets immigrants passed, his anxiety has gotten much worse. When we are outside our home, he is always looking behind and around us. Whenever there is a story about immigrants who have been arrested on the news or on TV, he gets very nervous and has to turn the TV off. The anti-immigrant laws and policies are terrorizing my grandchild and my friends and neighbors. I have even told him not to speak Spanish in public, in case someone thinks he might be an immigrant. It is painful to see how the law and the fear are affecting him.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed in Florida City, Florida on August 4, 2023



## DECLARATION OF EDITH SANGUEZA

I, Edith Sangueza, hereby declare:

1. I am one of the attorneys representing Plaintiff C█████ A███ in this action.

2. Ms. A███ is a native Spanish speaker.

3. I am fluent in both English and Spanish.

4. I prepared a draft of Ms. A███ August 4, 2023 declaration in English based on the facts stated in Spanish by Ms. A███ during a telephone interview.

5. On August 4, 2023, I faithfully translated that draft declaration word-for-word into Spanish over the phone to Ms. A███. Ms. A███ confirmed the facts in the draft declaration, as I faithfully translated them word-for-word into Spanish, were true and correct. Ms. A███ then signed the declaration under penalty of perjury.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed in Oakland, California, on August 4, 2023,

_____
EDITH SANGUEZA