# Exhibit 6

# Declaration of M.M.

**DECLARATION OF M▓▓▓ M▓▓▓▓▓▓▓**

I, hereby make the following declaration with respect to the above captioned matter:

1. I make this declaration based on my own personal knowledge and if called to testify, I could and would do so competently as follows.

2. I am a Plaintiff in the case *Farmworker Association of Florida Inc, et al v. DeSantis, et al*.

3. I am 41 years old, and I live in Fort Lauderdale, Florida with my five children, D▓▓▓ (age 20), A▓▓▓▓ (age 19), Er▓ (age 17), B▓▓▓ (age 14), and D▓▓▓ (age 14).

4. From 2003 until 2017, my family lived in El Paso, Texas. After we settled in El Paso, my brother and sister moved there to join us. My brother has two daughters, and my sister has six children. My sister's children are around the same age as my children, and my brother's children are close in age to my young twins. Living in El Paso, our families were very close, and my children grew up alongside their cousins.

5. I decided to move to Texas because my ex-partner, who is the father of my children, wanted to move here to be close to his family.

6. My partner and I separated about a year after moving to Florida. It's been difficult being so far from my family, since here it's just me and my children, and I miss being so close to my sister and brother and their families.

7. Since we moved to Florida, I haven't been able to travel to visit my siblings. I had to wait a long time for my work permit to arrive, and it's been difficult to gather money for the trip. Now that SB 1718 has passed, I regret not trying to take my family out of the state when we could leave—I had no idea that the law would change so quickly.

8. I had planned to travel with my family to Texas, so that my children could visit their cousins and so that I could spend time with my brother and sister. I'd spoken to my brother and sister about this trip, and I told my children about it—everyone was very excited.

9. I'd planned on taking the trip once my twins got out of school for summer. The journey from Florida to Texas is very long, so I would likely take turns driving with my son A▓▓▓▓—he has a "learner's permit" and is eligible to get his driver's license, and I got my driver's license about two months ago.

10. Now, though, we can't take this trip. It is just too big a risk for my children and me. D▓▓▓ does not have an immigration case, and does not have any immigration status, even though she has applied for DACA. So, I am scared that she is not allowed to be brought back into Florida if we leave. And I don't know whether I can be driven back into Florida either, since I don't have any official status. I have a case in immigration court, where I am working to get immigration protection, and I have a work permit based on this case,

but the case is not yet completed. Because of this, I'm fearful that our family could be stopped and arrested coming back home, and that A or I could be accused of being human smugglers (which seems crazy to me, but also very frightening). I would never want to put my family in this kind of risk.

11. I feel trapped not being able to take this trip, and I hated having to tell my family that it won't happen. It made me feel awful because finally after 6 years of being apart, my family was so close to finally being together again. One of my twins became especially depressed not to be able to go on the trip and kept trying to convince me to let her travel alone (I could never do that, since she's only 14 years old).

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed in Fort Lauderdale, Florida on August 06, 2023,

## DECLARATION OF EVELYN WIESE

I, Evelyn Wiese, hereby declare:

1. I am one of the attorneys representing Plaintiff M███ M███████ in this action.

2. Ms. M███████ is a native Spanish speaker and does not read or write English or speak fluent English.

3. I am fluent in both English and Spanish.

4. I prepared a draft of Ms. M███████ August 6, 2023, declaration in English based on the facts stated in Spanish by Ms. M███████ during a telephone interview.

5. On August 4, 2023, I truthfully translated that draft declaration word-for-word into Spanish over the phone to Ms. M███████. Ms. M███████ confirmed that the facts in the draft declaration, as I truthfully translated them word-for-word into Spanish, were true and correct. Ms. M███████ then signed the declaration under penalty of perjury.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed in Truckee, California on August 6, 2023,

*Evelyn Wiese*
EVELYN WIESE