# EXHIBIT 7

# DECLARATION OF D.M.

**DECLARATION OF D█████████M███**

I hereby make the following declaration with respect to the above captioned matter. I make this declaration based on my own personal knowledge and if called to testify, I could and would do so competently as follows:

1. I, █████████M███ am a Plaintiff in this case, *Farmworker Association of Florida Inc., et al v. DeSantis, et al.*, 1:23-cv-22655-RKA.

2. I am 20 years old, and I live in Fort Lauderdale, Florida with my mother █████ and my brother █████ and my other younger brother and 13-year-old twin sisters. We lived in El Paso, Texas until 2017, when we moved to Florida.

3. I was born in Mexico, but I was brought into the United States as a baby. I do not know if I entered lawfully or not. I have lived in the United States since before I was a year old, and I've never been back to Mexico.

4. I do not have immigration status in the United States, though I have applied for Deferred Action for Childhood Arrivals ("DACA").

5. My mother's brother, her sister, and my cousins all still live in El Paso. El Paso is really small and we all lived close to each other. I am especially close to my uncle, who we saw almost every day when we lived in Texas. My father hasn't played much of a role in my life, so my uncle is really like a father to me. We keep in touch with video calls, but it's not the same thing. I really miss Texas. I lived there my whole life and it feels more like home than Florida. It's my place.

6. My family had been planning to go back to Texas, but we cancelled our plans because of this new Florida law. My mother and brother were planning to drive -- I don't have a driver's license. Because of the new law we decided it would be too dangerous for them to drive, because I'm undocumented and my mother has a pending immigration case.

7. With the new travel law, I feel trapped in Florida while my DACA application is pending. Other ways of traveling out of state, like buses, are too expensive. I don't think I can leave Florida because my brother and my mother could be arrested for driving with me back and forth across the state line. If I did leave, I would not be able to come home without putting someone I love at risk of being arrested for a felony.

8. I don't even feel safe moving around Florida. My sisters and I have birthdays in August. My mom had planned a trip to Disney, but once the new law passed, my mom cancelled our plans. She was so nervous we would be stopped driving to Orlando. My brother only drives me short distances to and from my work.

9. I'm only 20 years old and I've lived my whole life in the United States. I don't remember Mexico. I want to continue building my life here. I graduated from high school in July 2021, and I would like to continue my education. There are so many things I want to learn about – nursing, real estate, cosmetology – and I'm trying to decide where to focus. I would love to go to college in Texas. I've always wanted to visit the Pacific Northwest – I love grey, cold rainy weather (totally different than Florida weather). I want to see more of this country. Now, I don't feel safe in Florida, and I can't leave Florida.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed in Fort Lauderdale, Florida on August 3, 2023,