# EXHIBIT 8

# DECLARATION OF A.C.

## Declaration of A███ C███

I hereby make the following declaration with respect to the above captioned matter:

1. I make this declaration based on my own personal knowledge. If called as a witness, I would testify competently and truthfully to these matters.

2. I, A███████████, am a Plaintiff in this case, *Farmworker Association of Florida, et al. v. DeSantis, et al.*, 1:23-cv-22655-RKA.

3. I am 19 years old. I live in Fort Lauderdale, Florida, with my mother █████, my older sister █████, and my younger brother and two younger sisters.

4. I was born in El Paso, Texas, and I lived there with my family until 2017. In 2017, before I started seventh grade, my family moved to Florida.

5. My mother's family is still in El Paso. My uncle (my mother's brother), my aunt (my mother's sister), and my cousins all live there. We are very close to our family in El Paso. When we lived there, we would visit with my uncle or aunt all the time. My mom would talk with the grown-ups and I would play basketball or soccer with my cousins. In addition to family, I still have close friends from elementary and middle school in El Paso. I keep in touch with my Texas friends and we regularly play video games together. Even though I have lived in Florida for five years, I still feel like an outsider here. Texas feels like home.

6. My family has been saving up money so that we can go back to visit our relatives in El Paso. My family is really close, and my mom, sister, and I take care of each other as the oldest members of our family. I have worked for a few years now to help my family with bills and rent. In June, I graduated high school, and I have since picked up more work as a salesfloor associate at WalMart so I can help take care of my family. Both my mom and sister also work. From our combined income we have been saving for gas, food, and other essentials for our drive to El Paso. If it weren't for the new Florida immigration law, my family – including my mother and my sister Diana – would go to Texas. I haven't been able to see our family since 2017 and this trip is important to us.

7. While I do not know all the details about their immigration cases, I know that my mom and older sister were born in Mexico. I believe my mom came across the border legally, and my sister joined her later when she was a baby. Both of them have pending immigration cases. Neither of them have green cards.

8. I have my driver's permit and am in the process of applying for my driver's license. My mom has a driver's license. My sister does not have a driver's license. My mother and I would drive on our trip to Texas, since it's a very long drive and will be easier if we can switch off.

9. Since the new law passed, I am afraid that I could be arrested for driving with my mother or sister back to Florida after visiting Texas. I don't think my mother or sister have immigration status, which makes me scared that I would be accused of smuggling them into Florida under the new law. I could be arrested, detained, prosecuted, and convicted of a felony for driving my family back home from visiting relatives in Texas. Because of the new law, now we can't go see our family.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed in Fort Lauderdale, Florida on August 3, 2023