# Exhibit 9

# Declaration of G.D.L.

**DECLARATION OF** ███████ **D** █ **L** ███████████

I, ██████ d L██████████, declare as follows:

1. I make this declaration based on my own personal knowledge and if called to testify, I could and would do so competently as follows.

2. I am a Plaintiff in the case *Farmworker Association of Florida Inc, et al v. DeSantis, et al.*, 1:23-cv-22655-RKA.

3. I am 33 years old, and I live in ███████ Florida with my wife, ████████ and our three young children. We have lived in ███████ for about a year. Before this, we lived in Quincy, Florida.

4. I have lived in the United States since around 2007, when I came into the country from Mexico. I have not interacted in any way with immigration officials when I entered the country or during my time living in the United States. I don't have any immigration status. My wife also does not have immigration status.

5. Since we came to the United States, my wife and I have worked as farmworkers. Every year, we travel out of Florida for around six months to work in tomato fields in Georgia and Tennessee. Most years, from September or October until about May, we work in Florida.

6. When we travel between states, we drive together as a family (M███████ our children and me), and I usually drive our car.

7. This is the first year that we decided not to leave Florida for the summer harvests. We decided to stay here because we were very scared that we would not be able to come back into the state at the end of the season in Tennessee, and that if we tried to come back to Florida, I could be arrested and prosecuted because of my wife's immigration status.

8. When tomato season ended in Florida, ███████ and I were both jobless. I spent about a month looking for a job. Finally, I was able to find work doing landscaping. The work is hard—I spend my days outside in the Florida summer heat—and it pays less than what I would make in the tomato fields. I make several hundred dollars a week less than I would if I were working in the tomato fields.

9. This summer, my family has struggled a lot financially. I was out of work for about a month looking for a job at the end of the tomato season, I now make less money, and ███████ has not been able find work at all. Right now, we are just trying to be hopeful for the future, but I don't know how we will get by if this law stays in effect.

10. It pains me that our children know that things are not right. We try not to let them see our stress and fear, but they know that things have changed, and we are very worried. They've asked why they don't get to see their friends in Georgia and Tennessee this year and wonder if they will ever get to see them again. I don't know what to say.

11. I do my best to keep going forward. But every day, we live in fear for our family's future.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed in ████████, Florida on August  4 , 2023,



## DECLARATION OF EVELYN WIESE

I, Evelyn Wiese, hereby declare:

1.      I am one of the attorneys representing Plaintiff G█████ D█ L███████ in this action.

2.      Mr. D█ L███████ is a native Spanish speaker and does not read or write English or speak fluent English.

3.      I am fluent in both English and Spanish.

4.      I prepared a draft of Mr. D█ L███████ August 4, 2023, declaration in English based on the facts stated in Spanish by Mr. D█ L███████ during a telephone interview.

5.      On August 4, 2023, I truthfully translated that draft declaration word-for-word into Spanish over the phone to Mr. D█ L███████.  Mr. D█ L███████ confirmed that the facts in the draft declaration, as I truthfully translated them word-for-word into Spanish, were true and correct.  Mr. D█ L███████ then signed the declaration under penalty of perjury.


I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.


Executed in Truckee, California on August 6, 2023,

*Evelyn Wiese*
EVELYN WIESE