## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 23-CV-22655-RKA

Plaintiff:
**The Farmworker Association of Florida, Inc. , et. al.**

vs.

Defendant:
**Ronald D. DeSantis , in his official Capacity of Governor of Florida et. al.**

VPS2023005815

For:
Anne Janet Hernandez Anderson
Southern Poverty Law Center
P.O. Box 370037
Miami, FL 33137-0037

Received by Vause's Process Service on the 24th day of July, 2023 at 4:09 pm to be served on **Amira D. Fox State Attorney for the Twentieth Judicial Circuit of Florida, 2000 Main St, 6th Floor, Fort Myers, FL 33901** .

I, Christopher Averill, do hereby affirm that on the **27th day of July, 2023** at **10:45 am, I:**

**GOVERNMENT AGENCY:** served by delivering a true copy of the **Summons in a Civil Action, Compliant for Injunctive Relief and Declaratory Judgment , Certificate of Service** with the date and hour of service endorsed thereon by me, to: **Janet Lee** as **Designated Representative** for **Amira D. Fox State Attorney for the Twentieth Judicial Circuit of Florida at 2000 Main St, 6th Floor, Fort Myers, FL 33901**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 50±, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 150, Hair: WHITE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Twentieth Judicial Circuit of Florida, in which the process was served. Signed in the State of **FLORIDA**. **"Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." F.S. 92.525.** Notary not required.

**Christopher Averill**
CPS# 209888

**Vause's Process Service
Post Office Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605**

Our Job Serial Number: VPS-2023005815

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n