# RETURN OF SERVICE

| State of Florida | County of Southern | District Court |
|---|---|---|

Case Number: 23-CV-22655-RKA

Plaintiff:
**THE FARMWORKER ASSOCIATION OF FLORIDA, INC., ET AL.**

vs.

Defendant:
**RONALD D. DESANTIS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF FLORIDA, ET AL.**

For:
Anne Janet Hernandez-Anderson
Southern Poverty Law Center
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131

Received by LYNX LEGAL SERVICE on the 22nd day of August, 2023 at 1:32 pm to be served on **R.J. Larizza State Attorney for the Seventh Judicial Circuit of Florida, 251 North Ridgewood Avenue, Daytona Beach, FL 32114**.

I, Kevin Whitton, do hereby affirm that on the **22nd day of August, 2023** at **2:25 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons and Complaint for Injunctive Relief and Declaratory Judgment** with the date and hour of service endorsed thereon by me, to: **LISA SNOWDEN** as **ASSISTANT TO STATE ATTORNEY R.J. LARIZZA** at the address of: **251 North Ridgewood Avenue, Daytona Beach, FL 32114**, who stated they are authorized to accept service for **R.J. Larizza**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50 to 55, Sex: F, Race/Skin Color: White, Height: 5'7" to 5'9", Weight: 125 to 130, Hair: Light Brown, Glasses: Y

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.  Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. F.S. 92.525(2)

**Kevin Whitton**
APPOINTED

**LYNX LEGAL SERVICE**
**201 E. Pine Street**
**Suite 740**
**Orlando, FL 32801**
**(407) 872-0707**

Our Job Serial Number: LIN-2023038022
Ref: 38022

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m

DELIVERED   08/22/2023  02:25 PM
SERVER      KW
LICENSE     APPOINTED

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

| | |
|---|---|
| THE FARMWORKER ASSOCIATION OF FLORIDA, INC., ET AL. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  23-cv-22655-RKA |
| RONALD D. DESANTIS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF FLORIDA, ET AL. | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   R.J. Larizza, State Attorney for the Seventh Judicial Ciruit of Florida
251 N. Ridgewood Avenue
Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anne Janet Hernandez Anderson
> Southern Poverty Law Center
> 2 S. Biscayne Blvd., Suite 3750
> Miami, FL 33131-1804
> Tel. (786) 347-2056
> E-mail: aj.hernandez@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 20, 2023



Angela E. Noble
Clerk of Court

*s/ J. Adams*

Deputy Clerk
U.S. District Courts