**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| THE FARMWORKER ASSOCIATION OF FLORIDA INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD D. DESANTIS, in his official capacity as Governor of the State of Florida, *et al.*, <br><br> Defendants. | Case No. 23-CV-22655-RKA |

**PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION
AND REQUEST FOR HEARING**

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs hereby move for a preliminary injunction enjoining Defendants from enforcing Ch. 2023-40, § 10, at 11, Laws of Fla. (amending § 787.07, Fla. Stat. (2022)) ("Section 10"), submit a memorandum of law in support of this motion, request a hearing, and state the following:

1. On May 10, 2023, the Governor of Florida, Ronald DeSantis, signed SB 1718 into law and created a new crime: transportation of an ill-defined category of immigrants across state lines into Florida. *See* ECF No. 1-1.

2. Section 10 contravenes two Eleventh Circuit decisions in which similar statutes in Alabama and Georgia were deemed preempted by the federal migrant smuggling statute, 8 USC § 1324. *See United States v. Alabama*, 691 F.3d 1269, 1288 (11th Cir. 2012); *Georgia Latino All. for Hum. Rights v. Governor of Georgia*, 691 F.3d 1250, 1265–66 (11th Cir. 2012).

3. In addition to being preempted by federal law, Section 10 is unconstitutionally

1

void for vagueness.  *See United States v. Williams*, 553 U.S. 285, 306 (2008); *United States v. Batchelder*, 442 U.S. 114, 123 (1979).

    4.    Plaintiffs respectfully request this Court enjoin Section 10 because this section is preempted by federal law in violation of the Supremacy Clause of Article VI, Section 2, of the U.S. Constitution; and because Section 10 is unconstitutionally vague.[1]

    5.    A preliminary injunction is warranted if the moving party establishes the following: "(1) substantial likelihood of success on the merits; (2) irreparable injury will be suffered unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest." *McDonald's Corp. v. Robertson*, 147 F.3d 1301, 1306 (11th Cir. 1998).

    6.    As detailed in Plaintiffs' memorandum in support of this motion, Plaintiffs meet the standard for a preliminary injunction.

    7.    Undersigned counsel requests that the Court set this motion for a hearing as soon as possible in light of the imminent harm Plaintiffs face.

WHEREFORE, for the reasons set forth herein and in the accompanying memorandum of law, Plaintiffs respectfully request this Court enjoin Section 10 of SB 1718 in its entirety.

Dated:  August 24, 2023                                               Respectfully submitted,

                                                                                         */s/ Felix Montanez*
                                                                                          *On behalf of Attorneys for Plaintiffs*

---

[1] Plaintiffs are filing this second motion after the first motion was denied without prejudice, as proof of service on all Defendants had not been filed yet. *See* ECF No. 25.

Evelyn Wiese (CA Bar No. 338419)*
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
(305) 573-1106
ewiese@aijustice.org

Katherine Melloy Goettel (IA Bar No. 23821)*
Emma Winger (MA Bar No. 677608)*
AMERICAN IMMIGRATION COUNCIL
1331 G St. N.W., Suite 200
Washington, DC 20005
(202) 507-7552
kgoettel@immcouncil.org
ewinger@immcouncil.org

Katherine H. Blankenship (FL Bar No. 1031234)
Daniel B. Tilley (FL Bar No. 102882)
ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2700
kblankenship@aclufl.org
dtilley@aclufl.org

Amien Kacou (FL Bar No. 44302)
Maite Garcia (FL Bar No. 99770)
ACLU Foundation of Florida, Inc.
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
(813) 288-8390
akacou@aclufl.org
mgarcia@aclufl.org

*Attorneys for Plaintiffs*
*Admitted pro hac vice

Anne Janet Hernandez Anderson (FL Bar No. 0018092)
Paul R. Chavez (FL Bar No. 1021395)
Christina Isabel LaRocca (FL Bar No. 1025528)
Felix A. Montanez (FL Bar No. 0102763)
Cassandra Charles (NY Bar No. 5540133)*
SOUTHERN POVERTY LAW CENTER
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131-1804
(786) 347-2056
aj.hernandez@splcenter.org
paul.chavez@splcenter.org
christina.larocca@splcenter.org
felix.montanez@splcenter.org
cassandra.charles@splcenter.org

Cody Wofsy (CA Bar No. 294179)*
Spencer Amdur (CA Bar No. 320069)*
ACLU Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org
samdur@aclu.org

Omar Jadwat (NY Bar No. 4118170)*
Edith Sangueza (NY Bar No. 5694534)*
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
ojadwat@aclu.org
irp_es@aclu.org

**CERTIFICATE OF SERVICE**

I hereby certify on August 24, 2023, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing and all supporting attachments were served on all parties of record by e-mail, and U.S. Mail as described in the Service List below on August 24, 2023.

        *s/Felix Montañez*
        Felix Montanez
        FL Bar No. 0102763
        SOUTHERN POVERTY LAW CENTER
        2 South Biscayne Blvd., Suite 3750
        Miami, FL 33131-1804
        (786) 347-2056
        felix.montanez@splcenter.org

## SERVICE LIST

Jimmy Percival
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
E-mail: james.percival@myfloridalegal.com
Tel.: (850) 414-3300
*Counsel for Defendants Attorney General Ashley Moody and Statewide Prosecutor Nicolas Cox*
*Via E-mail*

Ryan Newman
Nicholas Meros
Executive Office of the Governor
The Capitol
400 S. Monroe St.
Tallahassee, FL 32399-000
E-mail:
ryan.newman@eog.myflorida.com
nicholas.meros@eog.myflorida.com
Tel.: (850) 717-9305
*Counsel for Defendant Governor Ron DeSantis*
*Via E-mail*

Buddy Jacobs
Jacobs Scholz & Wyler, LLC
961687 Gateway Blvd., Suite 201-I
Fernandina Beach, FL 32034
E-mail: buddy@jswflorida.com
Tel.: (904) 261 3693
*Via E-mail*
*Defendant State Attorneys for the 1st- 3rd and 5th-20th Judicial Circuits*

Melissa Nelson
Office of the State Attorney
4th Judicial Circuit
Ed Austin Building
311 West Monroe Street
Jacksonville, FL 32202
E-mail: mwnelson@coj.net
Tel.:  904-255-2500
*Via E-mail and U.S. Mail*