# Exhibit 11

# Declaration of Anne Janet Hernandez Anderson

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

THE FARMWORKER ASSOCIATION OF
FLORIDA INC., *et al.*,

      Plaintiffs,

v.

RONALD D. DESANTIS, in his official capacity as
Governor of the State of Florida, *et al.*,

      Defendants.

Case No. 23-CV-22655-RKA

### DECLARATION OF ANNE JANET HERNANDEZ ANDERSON

I, Anne Janet Hernandez Anderson, declare as follows:

I make the statements in this Declaration based on my own personal knowledge, and if called to testify I could and would do so competently as follows:

1. I am over eighteen years of age and am competent to make this Declaration.

2. I am a Senior Supervising Attorney with the Southern Poverty Law Center's Immigrant Justice Project. I am one of the attorneys representing Plaintiffs in the instant case.

3. Attached hereto as Exhibit A is a true and correct copy of a February 23, 2023 press release from the office of Governor DeSantis titled *Governor Ron DeSantis Announces Legislation to Counteract Biden's Border Crisis.* The press release is also available at https://www.flgov.com/2023/02/23/governor-ron-desantis-announces-legislation-to-counteract-bidens-border-crisis/.

4. Exhibit B is a true and correct copy of a May 10, 2023 press release from the office of Governor DeSantis titled *Governor Ron DeSantis Signs Strongest Anti-Illegal Immigration Legislation in the Country to Combat Biden's Border Crisis.* The press release is also available at https://www.flgov.com/2023/05/10/governor-ron-desantis-

1

signs-strongest-anti-illegal-immigration-legislation-in-the-country-to-combat-bidens-border-crisis/.

5. Exhibit C is an August 4, 2023 *New York Times* article by Miriam Jordan, titled *New Florida Immigration Rules Start to Strain Some Businesses*. The article is also available at https://www.nytimes.com/2023/08/04/us/florida-immigration-law-businesses.html.

6. Exhibit D is a true and correct copy of the *Florida Channel* recording of the April 24, 2023 session of the Florida House Commerce Committee. The video recording is available at https://thefloridachannel.org/videos/4-24-23-house-commerce-committee/.

7. Exhibit E is a true and correct copy of the *Florida Channel* recording of part two of the April 25, 2023 session of the Florida Senate Committee on Fiscal Policy. The video recording is available at https://thefloridachannel.org/videos/4-25-23-senate-committee-on-fiscal-policy-part-2/.

8. Exhibit F is a true and correct copy of the *Florida Channel* recording of the May 1, 2023 session of the Florida House. The video recording is available at https://thefloridachannel.org/videos/5-1-23-house-session/.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 7th day of August, 2023 in Miami, Florida.

Anne Janet Hernandez Anderson

2

# EXHIBIT A

8/7/23, 5:38 PM
Case 1:23-cv-22655-RAR    Document 30-13    Entered on FLSD Docket 08/24/2023    Page 5 of 25
Governor Ron DeSantis Announces Legislation to Counteract Biden's Border Crisis



Home
Governor DeSantis
First Lady DeSantis
Lt. Gov. Nuñez
Media
Info Center
Judicial
Contact
Español

Governor Ron DeSantis Appoints Four to the Holmes County Housing Authority First Lady Casey DeSantis Announces the Cancer Connect Collaborative to Explore Innovative Strategies for Cancer Treatment and Care

## Governor Ron DeSantis Announces Legislation to Counteract Biden's Border Crisis

*On February 23, 2023, in* News Releases, *by Staff*

**JACKSONVILLE, Fla.** — Today, Governor Ron DeSantis announced an extensive legislative proposal to take action against the increasing threats posed by illegal immigration as a result of the Biden administration's failure to secure our nation's borders. By increasing penalties for human smuggling, strengthening statutes for the detention of illegal aliens, requiring universal use of E-Verify, enhancing penalties for document falsification, and prohibiting the issuance by local governments of ID cards to people who are not lawfully in the country, Florida will lead the way in protecting Americans from the deleterious effects of the Left's open borders agenda. To see the full proposal, click here. To watch the full press conference, click here.

"With this legislation, Florida is continuing to crack down on the smuggling of illegal aliens, stopping municipalities from issuing ID cards to people here illegally, and ensuring that employers are hiring American citizens or those here legally," said **Governor Ron DeSantis**. "Florida is a law and order state, and we won't turn a blind eye to the dangers of Biden's Border Crisis. We will continue to take steps to protect Floridians from reckless federal open border policies."

"Human smuggling, drug trafficking, and a host of other criminal activities are steadily spilling across the Southern Border and into our state, as bad actors seek to exploit the hard-earned wealth and hard-won freedoms of our citizens for criminal gain," said **Florida Department of Law Enforcement Commissioner Mark Glass**. "In tandem with our continued vigilance and cooperation with our law enforcement partners across the state, the initiatives championed today by Governor DeSantis will help to keep Floridians safer than ever, protecting our citizens from malefactors who are illegally in our state and removing them from our communities altogether."

"The border crisis this nation is experiencing is a direct result of the federal government refusing to enforce immigration laws," said **Senator Blaise Ingoglia**. "The problem is so bad that the federal government should declare itself its own disaster area. It is reckless and an abomination, and our Governor will not stand by idly as this open-borders agenda continues to take over our families, friends and our communities. As a matter of fact, he will boldly push Florida as the blueprint by which other states should fight illegal immigration,"

The legislation also invalidates all out-of-state licenses to unauthorized aliens, requires those registering to vote to affirm they are United States citizens and legal residents of Florida, prevents unauthorized immigrants from being admitted to practice law, and eliminates out-of-state tuition fee waivers for undocumented immigrant students. Additionally, the proposal requires hospitals to collect data on the immigration status of patients and the costs to provide care to illegal aliens and regularly report the data to the Governor and Legislature. As directed by Executive Order 21-223, this data was collected and during the 2021-22 Fiscal Year health care costs for illegal aliens in Florida was nearly $340 million and taxpayers were on the hook for more than two-thirds of this cost. More information on this data can be found here.

The increased penalties for human smuggling follow the recommendations of the grand jury impaneled by the Florida Supreme Court at Governor DeSantis' request and will:

- Make it a third degree felony, punishable by up to five years in prison, a $5,000 fine, and five years of probation, to knowingly transport, conceal, or harbor an illegal alien within or into the state;
- Make it a second degree felony, punishable by up to 15 years in prison and a fine up to $10,000, if the illegal alien is younger than 18 years old; and

- Specify that a person commits a separate offense for each individual transported, concealed, or harbored and allow transported individuals to be detained by law enforcement as material witnesses.

These measures build upon Governor DeSantis' previous actions to keep Floridians safe in the face of an unprecedently unsecure federal border policy, which include:

- Sending Florida state law enforcement officers and equipment to Texas where they apprehended thousands of illegal aliens and aided in hundreds of criminal arrests for felonies including human trafficking and drug smuggling;
- Issuing an executive order that prohibits Florida state agencies from providing support for the resettlement of illegal aliens in Florida and prohibits licensing of facilities that house unaccompanied minors;
- Signing legislation that prohibits government contracts with private entities that assist the Biden administration in resettling illegal immigrants into Florida;
- Signing legislation that requires all public employers, contractors, and subcontractors attempting to enter into contracts with public employers to use E-Verify to determine employment eligibility;
- Suing the Biden administration over its unlawful "catch and release" policy and speaking out when the administration announced plans to end Title 42, ludicrously claiming that pandemic restrictions and "emergency measures" were still required domestically while attempting to do away with the pandemic measures at the border;
- Forming a strike force of state and local law enforcement to interdict human smuggling and human trafficking and to seize illegal weapons being transported through the state, resulting thus far in 200 felony charges, nearly 40 human smuggling charges, and 66 drug charges and the seizure of more than half a million dollars of illicit drugs;
- Successfully petitioning the Florida Supreme Court to impanel a statewide grand jury to examine international human smuggling networks that bring aliens to the southern border and ultimately to Florida;
- Securing $12 million to facilitate the transport of illegal aliens to Martha's Vineyard and other sanctuary states, bringing the border crisis to the communities that support Biden's open border policies; and
- Issuing an executive order to mobilize state law enforcement and National Guard resources to aid in the interdiction of more than 2,000 migrants attempting to land on Florida's shores.

To view Governor DeSantis' executive order activating the National Guard, click here. To view the recommendations of the statewide grand jury, click here.

###



Comments are closed.











**Contact Governor DeSantis**

Executive Office of Governor Ron DeSantis
400 S Monroe St
Tallahassee, FL 32399
(850) 488-7146

Email Governor DeSantis

Email First Lady DeSantis

Email Lt. Governor Nuñez

Information Center

Scheduling Requests







Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. Copyright © 2012 State of Florida | Privacy Policy

Go To Top »



| Home | Governor DeSantis | First Lady | Lt. Governor | Media Center | Info Center | Judicial | Contact Governor | Español |

# EXHIBIT B

Case 1:23-cv-22655-RAR   Document 30-13   Entered on FLSD Docket 08/24/2023   Page 9 of 25



Home
Governor DeSantis
First Lady DeSantis
Lt. Gov. Nuñez
Media
Info Center
Judicial
Contact
Español

Governor DeSantis Receives Forty-One Bills from the Florida Legislature  Governor DeSantis Signs One Bill

# Governor Ron DeSantis Signs Strongest Anti-Illegal Immigration Legislation in the Country to Combat Biden's Border Crisis

*On May 10, 2023, in News Releases, by Staff*

**JACKSONVILLE, Fla.** — Today, Governor Ron DeSantis signed Senate Bill 1718 to combat the dangerous effects of illegal immigration caused by the federal government's reckless border policies. This legislation makes using E-Verify mandatory for any employer with 25 or more employees, imposes enforceable penalties for those employing illegal aliens, and enhances penalties for human smuggling. Additionally, this bill prohibits local governments from issuing Identification Cards (ID) to illegal aliens, invalidates ID cards issued to illegal aliens in other states, and requires hospitals to collect and submit data on the costs of providing health care to illegal aliens. More on today's announcement can be found here.



"The Biden Border Crisis has wreaked havoc across the United States and has put Americans in danger," **said Governor Ron DeSantis**. "In Florida, we will not stand idly by while the federal government abandons its lawful duties to protect our country. The legislation I signed today gives Florida the most ambitious anti-illegal immigration laws in the country, fighting back against reckless federal government policies and ensuring the Florida taxpayers are not footing the bill for illegal immigration."

"Our Southern Border has been dealing with a manmade crisis under the ineptness of President Biden, allowing more than 6.3 million illegal immigrants to flood our border," **said Senator Blaise Ingoglia.** "Today, under the leadership of Governor Ron DeSantis, Florida made history signing into law the strongest state-led anti-illegal immigration bill ever brought forth. It was an honor to usher this bill through the process, knowing we are safeguarding Floridians and serving as the model for the nation to combat this crisis created by our very own President."

"Today, Florida sent a strong message that as a state we will protect our resources, our communities, and our families," **said Representative Kiyan Michael.**

This legislation will require private employers with 25 or more employees to use the E-Verify system for new employees, beginning on July 1, 2023. This bill also expands penalties for employers who fail to comply with E-Verify requirements, including the possible suspension and revocation of employer licenses and the imposition of specific penalties on employers that knowingly employ illegal aliens.

Additionally, this legislation creates a third-degree felony for an unauthorized alien to knowingly use a false ID document to gain employment and prohibits a county or municipality from providing funds to any person or organization for the purpose of issuing IDs or other documents to an illegal alien.

Importantly, illegal aliens will no longer be permitted to rely on out-of-state driver licenses. If another state issued a license to an illegal alien who was unable to prove lawful presence in the U.S. when his or her license was issued, that person is prohibited from operating a motor vehicle in Florida.

Senate Bill 1718 also enhances the crime of human smuggling when smuggling a minor, when smuggling more than five people, and when the defendant has a prior conviction for human smuggling. This bill also adds the crime of human smuggling to the list of crimes allowed for prosecution under the Florida Racketeer Influenced and Corrupt Organization (RICO) Act.

This legislation will additionally require each hospital that accepts Medicaid to include a question on admission or registration forms that asks whether the patient is a U.S. citizen or lawfully present in the U.S. or is not lawfully present in the U.S. Hospitals will be required to provide a quarterly report to the Agency for Health Care Administration detailing the number of patients that visited the emergency department or were admitted to the hospital in each category of the citizen status question on the admission or registration forms.

###



Comments are closed.











## Contact Governor DeSantis

Executive Office of Governor Ron DeSantis
400 S Monroe St
Tallahassee, FL 32399
(850) 488-7146

Email Governor DeSantis

Email First Lady DeSantis

Email Lt. Governor Nuñez

Information Center

Scheduling Requests







Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. Copyright © 2012 State of Florida | Privacy Policy

Go To Top »



| Home | Governor DeSantis | First Lady | Lt. Governor | Media Center | Info Center | Judicial | Contact Governor | Español |

# EXHIBIT C

Case 1:23-cv-22655-RAR    Document 30-13    Entered on FLSD Docket 08/24/2023    Page 13 of 25

 **The New York Times** | https://www.nytimes.com/2023/08/04/us/florida-immigration-law-businesses.html

# New Florida Immigration Rules Start to Strain Some Businesses

Some employers said they were losing workers because of the new law, which was championed by Gov. Ron DeSantis.

**By Miriam Jordan**
Miriam Jordan traveled to Orlando, Apopka and Jacksonville to report on the new Florida law.

Aug. 4, 2023

After signing into law a raft of new measures aimed at undocumented immigrants in Florida, Gov. Ron DeSantis said the legislation gave the state "the most ambitious anti-illegal immigration laws in the country."

It would, he said, keep Florida taxpayers from "footing the bill for illegal immigration."

Critics of the law warned that it would come with a price of its own, and a costly one for a state that relies on hundreds of thousands of undocumented workers in agriculture, construction and hospitality.

Under the new law, which went into effect on July 1, hospitals are required to ask patients their immigration status and document the costs of caring for such patients. Many more employers are now required to use an electronic database to identify hires illegally in the country, or face fines. And undocumented immigrants can no longer be sure that drivers' licenses from every other state will be considered valid in Florida.

So far, the state hasn't undertaken any sort of sweeping crackdown, and it isn't clear how aggressively the new law will be enforced. But its effects have begun to ripple through the state, stirring fear in some immigrant communities and frustration among some business owners.

In fast-growing states like Florida, construction has for decades attracted unauthorized immigrants willing to do onerous work, often in extreme temperatures, that many Americans shun. A lack of laborers in recent weeks has stalled projects around the state, and costs have started to rise amid competition for a shrinking pool of roofers, masons and painters, according to people in the industry.

Juan Baregas, a subcontractor who does framing for a large developer in Central Florida, said that he had lost half of his crew of 40 in recent weeks, limiting his ability to complete projects.

Some were authorized to work in the United States but left Florida because they feared for loved ones who weren't, he said. Forgoing offers to raise their pay, workers relocated to Houston, Washington, D.C. and New York, where jobs were plentiful and unauthorized immigrants felt less vulnerable, Mr. Baregas said.

"Maybe this law won't even be enforced," he said. "But people feel persecuted. They want to live in peace."





People listened during an immigration information session at the Hope Community Center in Apopka, Fla.  Jacob Langston for The New York Times

Tim Conlan, president of Reliant, a roofing company in Jacksonville, said a subcontractor had recently turned down a project after his workers refused to travel to Florida, preferring to stay in Georgia and the Carolinas. He also said that hourly rates for jobs had increased about 10 percent since the bill was signed into law in May.

"This law isn't getting to a solution," said Mr. Conlan, who has visited the state capital Tallahassee to press for policies that would allow his industry to legally hire the workers it needs.

The emerging effects represent the kind of impact that some lawmakers intended when they voted for the legislation this year.

Randy Fine, a Republican state representative who voted in favor of the new law, said that no business should be dependent on illegal immigration and that the state shouldn't have to shoulder the cost of providing health care and education for unauthorized immigrants.

"The state of Florida needs to do what it can to stand up to Joe Biden's open border policy and protect Floridians from the massive cost of illegal immigration," Mr. Fine said in an interview. "The purpose of the law is to get illegal immigrants to stop coming to Florida and to get those who are here to leave."

Starting in the 2000s, a few states began crafting bills to clamp down on illegal immigration by, among other things, enlisting police officers to identify unauthorized immigrants and imposing penalties on people who sheltered, hired and transported them. Arizona passed a far-reaching law in 2010, and Alabama and Georgia followed the next year. But many provisions were gutted by court challenges.

Florida's law, experts say, is notable for how expansive it is, targeting driver's licenses, hospital services and the transportation of unauthorized immigrants, as well as businesses. "The omnibus nature of this Florida law is what's different — it's the breadth of things covered, not any single issue," said Muzaffar Chishti, a senior fellow at the Migration Policy Institute, a nonpartisan research center.

Florida counts on a large foreign-born population to help power its economy. An estimated 770,000 undocumented immigrants work in the state, harvesting oranges, tomatoes and other produce, building homes and golf resorts, and staffing hotels and restaurants.

Until July 1, most employers in Florida were not held responsible for ascertaining the authenticity of documents that people presented to be hired. But under the new law, all companies with 25 or more employees must use the E-Verify system from the federal government to confirm that a prospective hire is authorized to work in the United States. A number of Republican-led states have put in place similar mandates in recent years.

Several Florida employers in various sectors who were contacted by The New York Times said they did not want to talk about the new law and any effect it was having. Several others did not respond to phone messages and emailed questions.

In late July, the Farmworker Association of Florida sued the state to block the law. The lawsuit said the measure was unconstitutional because only the federal government had the authority to regulate immigration.

Case 1:23-cv-22655-RAR    Document 30-13    Entered on FLSD Docket 08/24/2023    Page 15 of 25



Pedro Matos, a lawyer, listened to a question during an immigration information session at the Hope Community Center in Apopka, Fla.  Jacob Langston for The New York Times

Even among some supporters of the new law, the early impact has caused concern.

In a meeting with Hispanic religious leaders before the law went into effect, Rick Roth, a Republican state representative and farmer who voted for the bill, called on the ministers to convince people to stay. "We are losing employees," he said during the gathering, video of which was widely shared. "They are already starting to move to Georgia and other states."

In the Florida Keys, where tourism is the economic engine, workers without legal status like Mary-Ann Smith, from Trinidad and Tobago, have been abandoning jobs at restaurants and hotels.

"You come here to have a better life, doing a job that Americans don't want to do, and then this law comes along," said Ms. Smith, who worked for years at an upscale eatery and who remained in the country after her visa expired. She said that co-workers from Venezuela, Jamaica, Cuba and Haiti had also resigned. She recently arrived in Maryland, where she is job hunting.

Across Florida, immigrant advocacy organizations have been holding information sessions to try to allay concerns among foreign-born residents.

Dozens of people gathered recently at the Hope Community Center in Apopka, a city outside Orlando that is home to many Mexicans, Guatemalans and Venezuelans.

An undocumented Mexican woman named Nivia, who, like others, would not divulge her surname, said later that she and her husband, a sheet-rock installer, were considering a move to Chicago because they feared detention and separation from their four children. "My young daughter with special needs would not survive," she said.

Another daughter, Ashley, 16, said that her best friend left the state when school ended in May. "A lot of kids were saying this might be the last time we see each other," she recalled.

Cesar Velez, 44, a hairdresser from Colombia who is a U.S. permanent resident, was at the information session to better understand the law. It had decimated his business, which caters to immigrants, he said.

Mr. Velez had been offering free pickups and drop-offs to clients scared of driving, but many others had left the state. "I may have to leave, too, even though I'm legal," he said.

Kirsten Noyes contributed research.

**Miriam Jordan** reports from the grassroots perspective on immigrants and their impact on the demographics, society and economy of the United States. Before joining The Times, she covered immigration at the Wall Street Journal and was a correspondent in Brazil, India, Hong Kong and Israel. More about Miriam Jordan

A version of this article appears in print on , Section A, Page 12 of the New York edition with the headline: New Florida Immigration Rules Start to Strain Some Businesses

# EXHIBIT D





Home / Video Library / 4/24/23 House Commerce Committee

# 4/24/23 House Commerce Committee



00:01 / 04:59:06

**Tags:** 2023 HB 1013 Protection from Discrimination Based on Health Care Choices, 2023 HB 1015 Pub.Rec./Protection from Discrimination Based on Health Care Choices, 2023 HB 1241 Safety Standards for Amusement Rides, 2023 HB 1333 Interstate-Mobility and Universal-Recognition Occupational Licensing Act, 2023 HB 1383 Specialty Contractors, 2023 HB 1547 Technology Transparency, 2023 HB 1549 Pub. Rec./Investigations by the Department of Legal Affairs, 2023 HB 1617 Immigration, 2023 HB 451 Valuation of Time Share Units, 2023 HB 669 Improvements to Real Property, 2023 HB 917 Wage and Employment Benefits, 2023 legislative session, 2023 PCB COM 23-05 Changes in Ownership of or Interest in Pari-mutuel Permits, Allison Tant, Berny Jacques, Bob Rommel, Brad Yeager, Bruce Antone, Chase Tramont, Chip LaMarca, Christopher Benjamin, David Borrero, Dotie Joseph, Fiona McFarland, Griff Griffitts, Joel Rudman, Kevin Steele, Kimberly Daniels, Kiyan Michael, Kristen Arrington, Lauren Melo, LaVon Bracy Davis, Mike Giallombardo, Randy Fine, Thomas "Patt" Maney, Thomas Leek, Tobin "Toby" Overdorf, Tyler Sirois, Webster Barnaby, Wyman Duggan



**SEE WHAT'S ON ...**

**Today's Schedule**

| 07 | Monday August 2023 |
|---|---|

| TV 24/7 | LIVE STREAMS |
|---|---|

**TV 24/7**

01:30 pm
01:43 pm    Education Estimating Conference: FEFP

Live Streams    Live

05:20 pm
05:30 pm    Florida Scenic Highways and Byways – Scenic Sumter Heritage Byway

**TV 24/7**

05:30 pm
06:00 pm    Florida Crossroads – The Grove: Digging Up History

**TV 24/7**

Click on Live Streams to watch today's LIVE events. Click on TV 24/7 to watch The Florida Channel's TV feed. Click off Live Streams or TV 24/7 to view a combined list of both.

## Capitol Update

*A full half-hour review of developments in state government, including Florida's legislative, judicial and executive branches*

**VIEW PROGRAM ARCHIVES**

## Florida Crossroads

*Florida Crossroads takes viewers on a journey of our state – exploring issues of state-wide interest in each half hour program.*

**VIEW PROGRAM ARCHIVES**



*Committed to bringing people closer to their government.*

Suite 901, the Capitol Bldg | 402 South Monroe Street | Tallahassee, FL 32399

**Phone:** (850) 645-9030 | **Fax:** (850) 488-4876

© **Copyright 2011 – 2023 The Florida Channel. All Rights Reserved. |** **Privacy Policy**

# EXHIBIT E



THE FLORIDA CHANNEL



Home  /  Video Library  /  4/25/23 Senate Committee on Fiscal Polic...

**SEE WHAT'S ON ...**

# 4/25/23 Senate Committee on Fiscal Policy Part 2



countered that coveted chair

## Related Videos

- 4/25/23 Senate Committee on Fiscal Policy Part 1

**Tags:** 2023 HB 339 Education of Dependents of Deceased or Disabled Servicemembers, 2023 legislative session, 2023 SB 1012 Certified Peer Specialist Pilot Program, 2023 SB 1020 Monuments, 2023 SB 1056 Dosage Form Animal Health Products, 2023 SB 1064 Children Removed from Caregivers, 2023 SB 1084 Pilot Program for Individuals with Developmental Disabilities, 2023 SB 1114 Community Associations, 2023 SB 1150 Department of Agriculture and Consumer Services, 2023 SB 1190 Step into Success Workforce Education and Internship Pilot Program, 2023 SB 1226 Controlled Substances, 2023 SB 1236 K-12 Education, 2023 SB 1250 Department of Transportation, 2023 SB 1262 Issuance of Special Beverage Licenses, 2023 SB 1338 Massage Establishments, 2023 SB 1364 Interstate-Mobility and Universal-Recognition Occupational Licensing Act, 2023 SB 1366 Fees/Interstate-Mobility and Universal-Recognition Occupational Licensing Act, 2023 SB 1398 Consumer Protection, 2023 SB 1412 Mental Health, 2023 SB 1418 Emergency Communications, 2023 SB 1430 Education, 2023 SB 1446 Interstate Education Compacts, 2023 SB 1448 Public Records and Meetings/Interstate Teacher Mobility Compact Commission, 2023 SB 1478 Criminal Sentencing, 2023 SB 1480 Grants for Nonprofit Organization Safety, 2023 SB 1540 Elder Abuse and Vulnerable Adult Abuse Fatality Review Teams, 2023 SB 1542 Public Records and Public Meetings/Elder Abuse or Vulnerable Adult Abuse Fatality Review Team, 2023 SB 1548 Children's Medical Services Program, 2023 SB 1564 Year-round School Pilot Program, 2023 SB 1594 Services for Persons with Disabilities, 2023 SB 1624 Commercial Financing Product Brokers and Providers, 2023 SB 1632 Environmental Protection, 2023 SB 1664 Economic Programs, 2023 SB 1674 Facility Requirements Based on Sex, 2023 SB 1718 Immigration, 2023 SB 174 Protection of Specified Personnel, 2023 SB 180 Regulation of Securities, 2023 SB 194 Utility System Rate



**Today's Schedule**

**07** | Monday
August 2023

**TV 24/7**          **LIVE STREAMS**

**TV 24/7**

01:30 pm
01:43 pm    Education Estimating Conference: FEFP
Live Streams    Live

05:20 pm
05:30 pm    Florida Scenic Highways and Byways – Scenic Sumter Heritage Byway
**TV 24/7**

05:30 pm
06:00 pm    Florida Crossroads – The Grove: Digging Up History
**TV 24/7**

Click on Live Streams to watch today's LIVE events. Click on TV 24/7 to watch The Florida Channel's TV feed. Click off Live Streams or TV 24/7 to view a combined list of both.

## Capitol Update

*A full half-hour review of developments in state government, including Florida's legislative, judicial and executive branches*

**VIEW PROGRAM ARCHIVES**

## Florida Crossroads

*Florida Crossroads takes viewers on a journey of our state – exploring issues of state-wide interest in each half hour program.*

**VIEW PROGRAM ARCHIVES**

Base Values, 2023 SB 272 Children and Young Adults in Out-of-home care, 2023 SB 304 United State Produced Iron and Steel in Public Works Projects, 2023 SB 410 Collateral Protection Insurance, 2023 SB 464 Driving in the Furthermost Left-hand Lane of a Roadway, 2023 SB 504 Expunction of Criminal History Records, 2023 SB 56 Psychology Interjurisdictional Compact, 2023 SB 58 Public Records and Meetings/Psychology Interjurisdictional Compact, 2023 SB 580 Consumer Finance Loans, 2023 SB 588 Enforcement of School Zone Speed Limits, 2023 SB 622 Continuing Care Contracts, 2023 SB 64 Transportation, 2023 SB 702 Apalachicola Bay Area of Critical State Concern, 2023 SB 714 Vacation Rentals, 2023 SB 766 Enforcement of School Bus Passing Infractions, 2023 SB 768 Referral of Patients by Health Care Providers, 2023 SB 782 Department of Business and Professional Regulation, 2023 SB 836 Theft from Nonprofit Organizations, 2023 SB 858 Military Corpsmen and Medics of Florida Program, 2023 SB 902 Safety Standards for Amusement Rides, 2023 SB 904 Public Records/Active Amusement Ride Investigation, 2023 SB 950 Improvements to Real Property, 2023 SB 958 Postsecondary Educational Intuitions, 2023 SB 96 Transportation-related Facility Designations, 2023 SB 986 Education, 2023 SB 988 Medicaid Coverage of Continuous Glucose Monitors, Alexis Calatayud, Ana Maria Rodriguez, Ben Albritton, Clay Yarborough, Colleen Burton, Corey Simon, Debbie Mayfield, Gayle Harrell, Geraldine Thompson, Ileana Garcia, Jason Brodeur, Jay Collins, Jay Trumbull Jr., Jennifer Bradley, Jim Boyd, Linda Stewart, Lori Berman, Nick DiCeglie, Rosalind Osgood, Shevrin Jones, Tina Scott Polsky, Tom Wright, Travis Hutson, Victor "Vic" Torres Jr.



*Committed to bringing people closer to their government.*

Suite 901, the Capitol Bldg | 402 South Monroe Street | Tallahassee, FL 32399

**Phone:** (850) 645-9030 | **Fax:** (850) 488-4876

© Copyright 2011 – 2023 The Florida Channel. All Rights Reserved. |   **Privacy Policy**

# EXHIBIT F





# 5/1/23 House Session



00:01 / 05:36:38

**Today's Schedule**

| 07 | Monday<br>August 2023 |

| TV 24/7 | LIVE STREAMS |

**TV 24/7**

01:30 pm
01:43 pm  •  Education Estimating Conference: FEFP

Live Streams   Live

05:20 pm
05:30 pm  •  Florida Scenic Highways and Byways – Scenic Sumter Heritage Byway

**TV 24/7**

05:30 pm
06:00 pm  •  Florida Crossroads – The Grove: Digging Up History

**TV 24/7**

Click on Live Streams to watch today's LIVE events. Click on TV 24/7 to watch The Florida Channel's TV feed. Click off Live Streams or TV 24/7 to view a combined list of both.

**Tags:** 2023 HB 741 Enforcement of School Bus Passing Infractions, 2023 legislative session, 2023 SB 1002 Motor Vehicle Glass, 2023 SB 110 State Board of Administration, 2023 SB 1188 Contract Liability, 2023 SB 1332 Missing Persons, 2023 SB 1416 Dissolution of Marriage, 2023 SB 1442 Terrorism, 2023 SB 1458 Roller Skating Rink Safety, 2023 SB 1480 Grants for Nonprofit Organization Safety, 2023 SB 154 Condominium and Cooperative Associations, 2023 SB 1540 Elder Abuse and Vulnerable Adult Abuse Fatality Review Teams, 2023 SB 1542 Public Records and Public Meetings/Elder Abuse or Vulnerable Adult Abuse Fatality Review Team, 2023 SB 1550 Prescription Drugs, 2023 SB 1552 Public Records/Pharmacy Benefit Managers, 2023 SB 1580 Protections of Medical Conscience, 2023 SB 160 Redesignation of the Revolutionary Armed forces of Colombia as a Foreign Terrorist Organization, 2023 SB 1604 Land Use and Development Regulations, 2023 SB 1616 Public Records/Transportation and Protective Services, 2023 SB 1676 Hemp, 2023 SB 1690 Sexual Exploitation and Human Trafficking, 2023 SB 1718 Immigration, 2023 SB 180 Regulation of Securities, 2023 SB 196 Guidance Services on Academic and Career Planning, 2023 SB 210 Substance Abuse Services, 2023 SB 214 Sales of Firearms and Ammunition, 2023 SB 272 Children and Young Adults in Out-of-home care, 2023 SB 274 Nursing Education Pathway for Military Combat Medics, 2023 SB 286 Legal Instruments, 2023 SB 418 Insurance, 2023 SB 538 Provisional Child Care Licensing, 2023 SB 540 Local Government Comprehensive Plans, 2023 SB 552 Public Records/Broadband Opportunity Program, 2023 SB 558 Certified Nursing Assistants, 2023 SB 614 Mammography Reports, 2023 SB 662 Student Online Personal Information Protection, 2023 SB 678 Disposal of Property, 2023 SB 7000 OGSR/Current or Former Public Guardians, 2023 SB 7014 Juvenile Justice, 2023 SB 7020 Public Records/Mobile Suspicious Activity Reporting Tool, 2023 SB 7022 OGSR/Marjory Stoneman Douglas High School Public Safety Commission/Safe-school Officers, 2023 SB 7054 Central Bank Digital Currency, 2023 SB 708 Estoppel Letters, 2023 SB 718 Local Government, 2023 SB 724 Seagrass Restoration Technology Development Initiative, 2023 SB 726 Library Cooperative Grants, 2023 SB 732 Collegiate Purple Star Campuses, 2023 SB 736 Controlled Substances, 2023 SB 768 Referral of Patients by Health Care Providers, 2023 SB

## Capitol Update

*A full half-hour review of developments in state government, including Florida's legislative, judicial and executive branches*

**VIEW PROGRAM ARCHIVES**

## Florida Crossroads

*Florida Crossroads takes viewers on a journey of our state – exploring issues of state-wide interest in each half hour program.*

**VIEW PROGRAM ARCHIVES**

846 Agreements of State Colleges and State Universities with Foreign Entities, 2023
SB 892 State Minimum Wage, Alina Garcia, Berny Jacques, Brad Yeager, Chase
Tramont, Christine Hunschofsky, Cyndi Stevenson, Daniel Perez, Dotie Joseph, Fred
Hawkins, Griff Griffitts, Jeff Holcomb, Jennifer Canady, Jervonte Edmonds, Joel
Rudman, John Paul Temple, John Snyder, Joseph Casello, Juan Carlos Porras, Kevin
Steele, Kim Berfield, Kiyan Michael, Kristen Arrington, Linda Chaney, Lisa Dunkley,
Michael "Mike" Caruso, Michael Grant, Michelle Salzman, Paul Renner, Paula Stark,
Randy Fine, Stan McClain, Susan Plasencia, Susan Valdés, Taylor Yarkosky, Thad
Altman, Thomas "Patt" Maney, Tiffany Esposito, Tobin "Toby" Overdorf, Tom Fabricio,
Tommy Gregory, Traci Koster, Tyler Sirois, Vicki Lopez, Webster Barnaby, William
Cloud Robinson Jr., Wyman Duggan



*Committed to bringing people closer to their government.*

Suite 901, the Capitol Bldg | 402 South Monroe Street | Tallahassee, FL 32399

**Phone:** (850) 645-9030 | **Fax:** (850) 488-4876

© Copyright 2011 – 2023 The Florida Channel. All Rights Reserved. |   Privacy Policy