IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| THE FARMWORKER ASSOCIATION OF FLORIDA INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD D. DESANTIS, in his official capacity as Governor of the State of Florida, *et al.*, <br><br> Defendants. | Case No. 23-CV-22655-RKA |

**PLAINTIFFS' MOTION TO SCHEDULE A HEARING ON PLAINTIFFS PRELIMINARY INJUNCTION MOTION**

Plaintiffs respectfully request that the Court schedule argument to the extent that it would assist the court in resolving the pending Second Motion for Preliminary Injunction. *See* ECF No. 30. Plaintiffs' counsel has conferred with Defendants' counsel regarding this Motion and Defendants Attorney General Moody and Statewide Prosecutor Cox "take no position on this motion and defer to the judgment of the Court." Defendant Governor DeSantis joins the Attorney General and Statewide Prosecutor's position. As of the time of this filing, Plaintiffs have not heard back from counsel for the State Attorneys or Defendant State Attorney Melissa W. Nelson.

This action challenges the constitutionality of Section 10 of Senate Bill 1718 ("SB 1718"), Ch. 2023-40, Laws of Fla. ("Section 10"). Plaintiffs' Second Motion for Preliminary Injunction was fully briefed as of September 22, 2023. *See* ECF No. 67. Plaintiffs are aware that arrests under Section 10, which went into effect on July 1, have already occurred, and, as set forth in Plaintiffs' preliminary injunction filings, the law is chilling travel and imposing serious harms on Plaintiffs and numerous other individuals throughout the State. *See* ECF Nos. 30, 67.

To the extent oral argument would assist the Court in resolving the pending motion, and particularly in light of the upcoming holiday season, Plaintiffs respectfully request that argument be scheduled at the Court's earliest convenience.

Dated: November 3, 2023						Respectfully submitted,

/s/ Paul R. Chavez
*On behalf of Attorneys for Plaintiffs*

| | |
|---|---|
| Evelyn Wiese (CA Bar No. 338419)* <br> AMERICANS FOR IMMIGRANT JUSTICE <br> 6355 NW 36 Street, Suite 2201 <br> Miami, FL 33166 <br> (305) 573-1106 <br> ewiese@aijustice.org | Anne Janet Hernandez Anderson (FL Bar No. 0018092) <br> Paul R. Chavez (FL Bar No. 1021395) <br> Christina Isabel LaRocca (FL Bar No. 1025528) <br> Felix A. Montanez (FL Bar No. 0102763) <br> Cassandra Charles (NY Bar No. 5540133)* <br> SOUTHERN POVERTY LAW CENTER <br> 2 South Biscayne Blvd., Suite 3750 <br> Miami, FL 33131-1804 <br> (786) 347-2056 <br> aj.hernandez@splcenter.org <br> paul.chavez@splcenter.org <br> christina.larocca@splcenter.org <br> felix.montanez@splcenter.org <br> cassandra.charles@splcenter.org |
| Katherine Melloy Goettel (IA Bar No. 23821)* <br> Emma Winger (MA Bar No. 677608)* <br> AMERICAN IMMIGRATION COUNCIL <br> 1331 G St. N.W., Suite 200 <br> Washington, DC 20005 <br> (202) 507-7552 <br> kgoettel@immcouncil.org <br> ewinger@immcouncil.org | |
| Daniel B. Tilley (FL Bar No. 102882) <br> ACLU Foundation of Florida, Inc. <br> 4343 West Flagler Street, Suite 400 <br> Miami, FL 33134 <br> (786) 363-2700 <br> dtilley@aclufl.org | Cody Wofsy (CA Bar No. 294179)* <br> Spencer Amdur (CA Bar No. 320069)* <br> ACLU Immigrants' Rights Project <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> (415) 343-0770 <br> cwofsy@aclu.org <br> samdur@aclu.org |
| Amien Kacou (FL Bar No. 44302) <br> Maite Garcia (FL Bar No. 99770) <br> ACLU Foundation of Florida, Inc. <br> 4023 N. Armenia Avenue, Suite 450 <br> Tampa, FL 33607 <br> (813) 288-8390 <br> akacou@aclufl.org <br> mgarcia@aclufl.org <br> *Attorneys for Plaintiffs* <br> *Admitted Pro hac vice | Omar Jadwat (NY Bar No. 4118170)* <br> ACLU Immigrants' Rights Project <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> (212) 549-2660 <br> ojadwat@aclu.org |

## **CERTIFICATE OF SERVICE**

I hereby certify on November 3, 2023, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing and all supporting attachments were served on all parties of record via CM/ECF, e-mail, or U.S. Mail as described in the Service List below on November 3, 2023.

*s/ Paul R. Chavez*
Paul R. Chavez
FL Bar No. 1021395
SOUTHERN POVERTY LAW CENTER
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131-1804
(786) 347-2056
paul.chavez@splcenter.org

## SERVICE LIST

James Percival
Henry C. Whitaker
Natalie P. Christmas
Joseph E. Hart
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
E-mail: james.percival@myfloridalegal.com
henry.whitaker@myfloridalegal.com
natalie.christmas@myfloridalegal.com
joseph.hart@myfloridalegal.com
Tel.: (850) 414-3300
*Counsel for Defendants Attorney General Ashley Moody and Statewide Prosecutor Nicolas Cox*
*Via CM/ECF*

Ryan D. Newman
Nicholas J.P. Meros
Samuel F. Elliot
Executive Office of the Governor
The Capitol
400 S. Monroe St.
Tallahassee, FL 32399-000
E-mail:
ryan.newman@eog.myflorida.com
nicholas.meros@eog.myflorida.com
samuel.elliot@eog.myflorida.com
Tel.: (850) 717-9305
*Via CM/ECF*

Buddy Jacobs
Jacobs Scholz & Wyler, LLC
961687 Gateway Blvd., Suite 201-I
Fernandina Beach, FL 32034
E-mail: buddy@jswflorida.com
Tel.: (904) 261 3693
*Via E-mail and U.S. Mail*

Melissa W. Nelson
Office of the State Attorney
4th Judicial Circuit
Ed Austin Building
311 West Monroe Street
Jacksonville, FL 32202
E-mail: mwnelson@coj.net
Tel.:  904-255-2500
*Via E-mail and U.S. Mail*