UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22655-ALTMAN/Reid

**THE FARMWORKER ASSOCIATION OF FLORIDA, INC.**, *et al.*,

    *Plaintiffs*,

v.

**GOVERNOR RONALD D. DESANTIS**,
*in his official capacity as Governor of the State of Florida, et al.*,

    *Defendants.*

_____/

## ORDER REQUIRING CERTIFICATES OF INTERESTED PARTIES

By February 16, 2024, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in the Southern District of Florida on February 9, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record