**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

THE FARMWORKER ASSOCIATION OF
FLORIDA INC., *et al.*,

        Plaintiffs,

v.

RONALD D. DESANTIS, in his official capacity as
Governor of the State of Florida, *et al.*,

        Defendants.

Case No. 23-CV-22655-RKA

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF G.D.L. UNDER FEDERAL**
**RULE OF CIVIL PROCEDURE 41(a)(1)(A)**

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff G.D.L. hereby gives

notice that his action against Defendants is voluntarily dismissed. For purposes of clarity, this

voluntary dismissal does not affect any other Plaintiff's claims against Defendants. Defendants

have not yet served an answer or motion for summary judgment in this action. Accordingly,

Plaintiff G.D.L. notices voluntary dismissal of his claims against Defendants without prejudice.

*See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: February 16, 2024            Respectfully submitted,

        */s/* Paul R. Chavez
        Paul R. Chavez (FL Bar No. 1021395)
        Southern Poverty Law Center
        PO Box 12463
        Miami, FL 33101
        Tel: (786) 347-2056
        paul.chavez@splcenter.org

        *On behalf of Attorneys for Plaintiffs*

Evelyn Wiese (CA Bar No. 338419)*
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
(305) 573-1106
ewiese@aijustice.org

Katherine Melloy Goettel (IA Bar No. 23821)*
Emma Winger (MA Bar No. 677608)*
AMERICAN IMMIGRATION COUNCIL
1331 G St. N.W., Suite 200
Washington, DC 20005
(202) 507-7552
kgoettel@immcouncil.org
ewinger@immcouncil.org

Daniel B. Tilley (FL Bar No. 102882)
ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2700
kblankenship@aclufl.org
dtilley@aclufl.org

Amien Kacou (FL Bar No. 44302)
ACLU Foundation of Florida, Inc.
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
(813) 288-8390
akacou@aclufl.org
mgarcia@aclufl.org

Paul R. Chavez (FL Bar No. 1021395)
Anne Janet Hernandez Anderson (FL Bar No. 0018092)
Christina Isabel LaRocca (FL Bar No. 1025528)
Felix A. Montanez (FL Bar No. 0102763)
Cassandra Charles (NY Bar No. 5540133)*
SOUTHERN POVERTY LAW CENTER
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131-1804
(786) 347-2056
aj.hernandez@splcenter.org
paul.chavez@splcenter.org
christina.larocca@splcenter.org
felix.montanez@splcenter.org
cassandra.charles@splcenter.org

Cody Wofsy (CA Bar No. 294179)*
Spencer Amdur (CA Bar No. 320069)*
ACLU Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org
samdur@aclu.org

Omar Jadwat (NY Bar No. 4118170)*
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
ojadwat@aclu.org
irp_es@aclu.org

*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify on February 16, 2024, I electronically filed the foregoing with the Clerk of Court

via the CM/ECF system, which provides notice to all parties.

<u>/s/ Paul R. Chavez</u>
Paul R. Chavez (FL Bar No. 1021395)
Southern Poverty Law Center
PO Box 12463
Miami, FL 33101
Tel: (786) 347-2056
paul.chavez@splcenter.org

*On behalf of Attorneys for Plaintiffs*