**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

THE FARMWORKER ASSOCIATION OF FLORIDA, INC., A.M., J.L., R.M., C.A., M.M., D.M., A.C., G.D.L., and M.G.,

*Plaintiffs*,

v.

RONALD D. DESANTIS, in his official capacity as Governor of the State of Florida; et al.,

*Defendants*.

Case No. 1:23-cv-22655-RKA

**NOTICE**

Plaintiffs hereby inform the Court that two plaintiffs have voluntarily dismissed their claims. *See* Dkts. 90, 91 (notices of voluntary dismissal). The remaining plaintiffs are the Farmworker Association of Florida, Inc., Andrea (Mendoza) Hinojosa, Reinaldo Morales, Carmenza Aragon, Maria Guadalupe Medrano Rios, Juana Lozano, Diana Carrillo Medrano, and Adrian Carrillo, Jr.. *See* Dkt. 92 (certificate of interested parties).

The preliminary injunction motion remains fully briefed, and Plaintiffs urge the Court to decide it as soon as possible. Plaintiffs have now had to live under this patently preempted statute for more than seven months. The voluntary dismissals have no impact on the preliminary injunction, because each of the remaining eight plaintiffs has clear standing, and in any event only one of them needs standing to support an injunction. *See* PI Reply, Dkt. 67, at 1-3 & n.2.

The preliminary injunction is therefore ripe for decision, and there is no cause to delay a ruling. *See* Order Denying Stay Motion, Dkt. 46. If, however, the Court needed additional

information to proceed, Plaintiffs would be prepared to provide the Court with that information upon direction from the Court.

Dated: February 16, 2024

Respectfully submitted,

/s/_Paul R. Chavez________________________

Paul R. Chavez (FL Bar No. 1021395)
Anne Janet Hernandez Anderson (FL Bar No. 0018092)
Christina Isabel LaRocca (FL Bar No. 1025528)
Felix A. Montanez (FL Bar No. 0102763)
Cassandra Charles (NY Bar No. 5540133)*
SOUTHERN POVERTY LAW CENTER
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131-1804
(786) 347-2056
paul.chavez@splcenter.org
aj.hernandez@splcenter.org
christina.larocca@splcenter.org
felix.montanez@splcenter.org
cassandra.charles@splcenter.org

Cody Wofsy (CA Bar No. 294179)*
Spencer Amdur (CA Bar No. 320069)*
ACLU Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org
samdur@aclu.org

Omar Jadwat (NY Bar No. 4118170)*
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
ojadwat@aclu.org
irp_es@aclu.org
*On behalf of Attorneys for Plaintiffs*

Evelyn Wiese (CA Bar No. 338419)* AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
(305) 573-1106
ewiese@aijustice.org

Katherine Melloy Goettel (IA Bar No. 23821)*
Emma Winger (MA Bar No. 677608)*
AMERICAN IMMIGRATION COUNCIL
1331 G St. N.W., Suite 200
Washington, DC 20005
(202) 507-7552
kgoettel@immcouncil.org
ewinger@immcouncil.org

Amien Kacou (FL Bar No. 44302)
Daniel B. Tilley (FL Bar No. 102882)
ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2700
akacou@aclufl.org
dtilley@aclufl.org

*Attorneys for Plaintiffs*
*Admitted Pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify on February 16, 2024, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which provides notice to all parties.

*/s/*Paul R. Chavez
Paul R. Chavez (FL Bar No. 1021395)
Southern Poverty Law Center
PO Box 12463
Miami, FL 33101
Tel: (786) 347-2056
paul.chavez@splcenter.org

**SERVICE LIST**

James H. Percival
Henry C. Whitaker
Natalie P. Christmas
Joseph E. Hart
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
*Counsel for Attorney General Ashley Moody and Statewide Prosecutor Nicholas Cox*

Arthur I. Jacobs
Jacobs, Scholz & Wyler, LLC.
961687 Gateway Blvd., Suite 201-I
Fernandina Beach, FL 32034
(904) 261-3693
buddy@jswflorida.com
*Counsel for Defendant State Attorneys for the 1st-3rd and 5th-20th Judicial Circuits*

Ryan D. Newman
Nicholas J.P. Meros
Samuel F. Elliott
Executive Office of the Governor
The Capitol, PL-5
400 S. Monroe Street
Tallahassee, FL 32399
(850) 717-9310
(850) 488-9810 (fax)
ryan.newman@eog.myflorida.com
nicholas.meros@eog.myflorida.com
samuel.elliott@eog.myflorida.com
*Counsel for Governor Ron DeSantis*

Melissa Nelson, State Attorney
Fourth Judicial Circuit
Ed Austin Building
311 West Monroe Building
Jacksonville, FL 32202
mwnelson@coj.net