## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

THE FARMWORKER ASSOCIATION OF
FLORIDA INC., *et al.*,

                Plaintiffs,

v.

RONALD D. DESANTIS, in his official capacity as
Governor of the State of Florida, *et al.*,

                Defendants.

Case No. 23-CV-22655-RKA

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs inform the Court of a decision this week by the Fifth Circuit, holding that a Texas immigration law is likely preempted. *United States v. Texas*, 2024 WL 1297164 (5th Cir. Mar. 26, 2024) (Richman, C.J.). The Texas law regulates the entry of immigrants into Texas, as Section 10 regulates the transport of immigrants into Florida. The Fifth Circuit recognized precisely the same "cause of action in equity" asserted here. *Id.* at *3-4. It recognized that, like here, it only needed to find standing for one plaintiff. *Id.* at *3 & n.28. It rejected the State's attempts to evade the straightforward application of binding field preemption precedent. *Id.* at *12-13; Dkt. 67, PI Reply, 5-6. And it found the same conflicts as here, like unilateral status determinations and mismatch between state and federal law. *Id.* at *15-18; Dkt. 24-1, PI Memorandum, 6-11.

The Fifth Circuit's ruling underscores that Section 10 is preempted and should be enjoined. The preliminary injunction motion has now been fully briefed for over six months. Plaintiffs respectfully request that the Court decide the motion at the earliest possible time, and

are available for a status conference should that assist the Court in resolving any outstanding questions.

Dated: March 29, 2024

Respectfully submitted,

/s/ *Amien Kacou*
*On behalf of Attorneys for Plaintiffs*

Evelyn Wiese (CA Bar No. 338419)*
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
(305) 573-1106
ewiese@aijustice.org

Katherine Melloy Goettel (IA Bar No. 23821)*
Emma Winger (MA Bar No. 677608)*
AMERICAN IMMIGRATION COUNCIL
1331 G St. N.W., Suite 200
Washington, DC 20005
(202) 507-7552
kgoettel@immcouncil.org
ewinger@immcouncil.org

Daniel B. Tilley (FL Bar No. 102882)
Amien Kacou (FL Bar No. 44302)
Amy Godshall (FL Bar No. 1049803)
ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2700
dtilley@aclufl.org
akacou@aclufl.org
agodshall@aclufl.org


*Attorneys for Plaintiffs*

Anne Janet Hernandez Anderson (FL Bar No. 0018092)
Paul R. Chavez (FL Bar No. 1021395)
Christina Isabel LaRocca (FL Bar No. 1025528)
Felix A. Montanez (FL Bar No. 0102763)
Cassandra Charles (NY Bar No. 5540133)*
SOUTHERN POVERTY LAW CENTER
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131-1804
(786) 347-2056
aj.hernandez@splcenter.org
paul.chavez@splcenter.org
christina.larocca@splcenter.org
felix.montanez@splcenter.org
cassandra.charles@splcenter.org

Cody Wofsy (CA Bar No. 294179)*
Spencer Amdur (CA Bar No. 320069)*
ACLU Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org
samdur@aclu.org

Omar Jadwat (NY Bar No. 4118170)*
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
ojadwat@aclu.org
irp_es@aclu.org