UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22655-ALTMAN/Reid

**THE FARMWORKER ASSOCIATION
OF FLORIDA, INC.,** *et al.*,

    *Plaintiffs*,

v.

**ASHLEY MOODY,** *in her official capacity
as the Attorney General of the State of Florida*, *et al.*,

    *Defendants.*
_____/

**ORDER**

On May 23, 2024, we entered a Supplemental Order on the Scope of the Preliminary Injunction (the "Supplemental Order") [ECF No. 100]. In that Supplemental Order, we clarified that the preliminary injunction in this case—like the injunction the Eleventh Circuit affirmed in *Ga. Latino All. for Hum. Rts. v. Governor of Ga.,* 691 F.3d 1250, 1267 (11th Cir. 2012)—applies statewide. On further reflection, and given the "national conversation taking place in both the legal academy and the judiciary concerning the propriety of courts using universal injunctions as a matter of preliminary relief,"[1] we now invite further briefing on the proper scope of the injunction.

By **June 6, 2024**, therefore, the parties shall each submit a brief of no more than twenty pages on the question of whether the injunction we entered on May 22, 2024, *see* order Granting Motion for Preliminary Injunction [ECF No. 99], should apply (1) to the Plaintiffs who've established their standing; (2) to all the remaining Plaintiffs; (3) district-wide; or (4) state-wide.

---

[1] *Walls v. Sanders*, 2024 WL 2127044, at *22 (E.D. Ark. May 7, 2024) (Rudofsky, J.) (cleaned up).

**DONE AND ORDERED** in the Southern District of Florida on May 23, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record