UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22655-ALTMAN/Reid

THE FARMWORKER ASSOCIATION
OF FLORIDA, INC., *et al.*,

    *Plaintiffs*,

v.

JAMES UTHMEIER, *in his official capacity as Attorney General of the State of Florida*, *et al.*,

    *Defendants*.
_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers the matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in the Southern District of Florida on March 27, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** Rodolfo A. Ruiz, II.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation: 1:23-cv-22655-RAR

**BY ORDER** of the Court this 28th day of March 2025.

ANGELA E. NOBLE
Clerk of Court

By:

*John M. Ditullio*

copies provided to:
counsel of record
Clerk of Court