**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| THE FARMWORKER ASSOCIATION OF FLORIDA INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES UTHMEIER, in his official capacity as Attorney General of the State of Florida, *et al.*, <br><br> Defendants. | Case No. 23-CV-22655-RAR |

## PLAINTIFFS' STATUS REPORT

Pursuant to this Court's May 5, 2025 order, Plaintiffs submit the following status report:

1. During the status conference held on May 2, 2025, Plaintiffs stated that they were considering seeking class certification and a preliminary injunction for class in light of the Court's March 11, 2025 order narrowing the scope of the injunction, ECF No. 132.

2. At the May 2nd status conference, the Court asked whether such motions were necessary, given the apparent lack of enforcement of Section 10 of Senate Bill 1718 (SB 1718).

3. Plaintiffs have not learned of recent enforcement of Section 10 of SB 1718. Therefore, at this time Plaintiffs will not be seeking class certification or a further preliminary injunction order. However, Plaintiffs will be monitoring enforcement and may seek such protections if the State begins to enforce Section 10.

Dated:  May 20, 2025

Respectfully submitted,

/s/ *Amien Kacou*
*On behalf of Attorneys for Plaintiffs*

Christina Isabel LaRocca (FL Bar No. 1025528)
Evelyn Wiese (CA Bar No. 338419)*
Anne Janet Hernandez Anderson (FL Bar No. 0018092)
Paul R. Chavez (FL Bar No. 1021395)
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
(305) 573-1106
ewiese@aijustice.org
pchavez@aijustice.org
clarocca@aijustice.org
ajhernandez@aijustice.org

Emma Winger (MA Bar No. 677608)*
Michelle Lapointe (GA Bar No. 007080)*
AMERICAN IMMIGRATION COUNCIL
1331 G St. N.W., Suite 200
Washington, DC 20005
(202) 507-7552
ewinger@immcouncil.org
mlapointe@immcouncil.org

Felix A. Montanez (FL Bar No. 0102763)
Preferential Option Law Offices, LLC
P.O. Box 60208
Savannah, GA 31420
(912) 604-5801
felix.montanez@preferentialoption.com

*Attorneys for Plaintiffs*

*Admitted pro hac vice

Daniel B. Tilley (FL Bar No. 102882)
Amien Kacou (FL Bar No. 44302)
Amy Godshall (FL Bar No. 1049803)
ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2700
dtilley@aclufl.org
akacou@aclufl.org
agodshall@aclufl.org

Cody Wofsy (CA Bar No. 294179)*
Spencer Amdur (CA Bar No. 320069)*
ACLU Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org
samdur@aclu.org

Omar Jadwat (NY Bar No. 4118170)*
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
ojadwat@aclu.org
irp_es@aclu.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on counsel for Defendants via CM/ECF on May 20, 2025.

/s/ *Amien Kacou*
*On behalf of Attorneys for Plaintiffs*